THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: **03-55831**
**SHAWN J KEPPLER** )
)  MARILYN SHEA-STONUM
Debtor(s) ) BANKRUPTCY JUDGE
)
) TRANSMITTAL OF UNCLAIMED FUNDS

........................................................................

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

    **SHAWN J KEPPLER**
    **Check No. 755524**
    **Claim #999**

    However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$1.69** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **11/15/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

ck # 765750
receipt # 81935

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**SHAWN J KEPPLER**
**6029 HARDIN DR**
**BROOKPARK, OH 44142**
**(Via Regular Mail)**


**RONALD R STANLEY ESQ (via ECF)**

**SHAWN J KEPPLER**
**6029 HARDIN DR**
**BROOKPARK, OH 44142**
**(via Regular Mail)**

Date of Service: **11/15/2010**　　　By: **JoAnn Romig**
　　　　　　　　　　　　　　　　　　Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com